# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                        Chapter 13

HUGH D MCGLADE                              Bankruptcy No. 22-12784-AMC
CAROLINE A. MCGLADE
4051 Redden Road

Drexel Hill, PA 19026


            Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
> HUGH D MCGLADE
> CAROLINE A. MCGLADE
> 4051 Redden Road
>
> Drexel Hill, PA 19026

**Counsel for debtor(s), by electronic notice only.**
> DAVID B. SPITOFSKY ESQUIRE
> LAW OFFICES OF DAVID SPITOFSKY
> 516 SWEDE ST
> NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
> Office of the U.S. Trustee
> Eastern District of Pennsylvania
> 833 Chestnut Street, Suite 500
> Philadelphia, PA  19107

Date: 1/6/2023                                                          /s/ Kenneth E. West

                                    _____
                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee