UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| HUGH D. MCGLADE | : | |
| CAROLINE A. MCGLADE | : | |
| | : | |
| DEBTORS | : | NO. 22-12784 (AMC) |

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtors(s) has/have filed all applicable federal, state and local tax returns, as required by 11 U.S.C. Section 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent Confirmation hearing.

Date: 4/5/2023

David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net
Attorney for Debtor(s)