# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Caroline A. McGlade<br>        Hugh D. McGlade<br>                    Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5, its successors and/or assigns<br>                    Movant<br>        vs. | NO. 22-12784 AMC |
| Caroline A. McGlade<br>Hugh D. McGlade<br>                    Debtor(s) | |
| Kenneth E. West<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5, which was filed with the Court on or about **November 21, 2022**.

Dated: April 12, 2023

                                            Respectfully submitted,

                                            /s/ Mark A. Cronin
                                            Mark A. Cronin, Esq.
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322
                                            mcronin@kmllawgroup.com