United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-12784-amc
Hugh D McGlade | Chapter 13
Caroline A. McGlade
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jun 20, 2023      Form ID: 155      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hugh D McGlade, Caroline A. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14729356 | | Aqua Pennsylvania, 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14729351 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14737318 | + | Deutsche Bank National Trust Company, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14729359 | + | Jacqueline C. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14729360 | + | James Randolph Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horison Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14729366 | + | Rebecca Geiser, Assistant Solicitor, Kilkenny Law, LLC, 519 Swede Street, Norristown, PA 19401-4806 |
| 14771592 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14771745 | + | Upper Darby Township, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14729371 | + | Upper Darby Township, Municipal Building, Room 102, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 14771590 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14729355 | | Email/Text: ebn@americollect.com | Jun 21 2023 05:43:00 | Americollect, Inc., P.O. Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14729357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2023 05:43:00 | Comenity Bank/Venus Credit, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14729358 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2023 05:43:00 | Comenity Bank/Woman Within, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14745009 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 21 2023 05:43:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14745246 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 21 2023 05:43:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14729354 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 21 2023 05:43:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14729361 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 21 2023 05:43:00 | Jefferson Capial Systems LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14729362 | ^ | MEBN | Jun 21 2023 05:38:39 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14729363 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2023 05:43:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14730385 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 155 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 21 2023 05:57:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14735934 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:46:29 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14744974 | | Email/Text: ebn@americollect.com | Jun 21 2023 05:43:00 | MAIN LINE HEALTH IMAGING, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14732130 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2023 05:57:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14729364 | | Email/Text: info@plazaservicesllc.com | Jun 21 2023 05:43:00 | Plaza Services, 110 Hammond Drive, Atlanta, GA 30328 |
| 14729365 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2023 05:57:29 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14737374 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:57:22 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14730386 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:47:03 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738430 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:57:23 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14744979 | | Email/Text: ebn@americollect.com | Jun 21 2023 05:43:00 | RADIOLOGY ASSOC OF THE MAIN LINE, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14744963 | | Email/Text: ebn@americollect.com | Jun 21 2023 05:43:00 | SOUTHEAST RADIOLOGY, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14729367 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 21 2023 05:43:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14729368 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 21 2023 05:43:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14729369 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 21 2023 05:43:00 | Sunrise Credit Services, Inc., Attn.: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14729661 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2023 05:57:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729512 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2023 05:47:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729370 | + | Email/Text: documentfiling@lciinc.com | Jun 21 2023 05:43:00 | Tea Olive, LLC, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 14729372 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 21 2023 05:43:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14729353 | *+ | Caroline A. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |
| 14729352 | *+ | Hugh D. McGlade, 4051 Redden Road, Drexel Hill, PA 19026-5115 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jun 20, 2023 Form ID: 155 Total Noticed: 38

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Hugh D McGlade spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Caroline A. McGlade spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5 bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5 mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Hugh D McGlade and Caroline A. McGlade

    Debtor(s)

Chapter: 13

Bankruptcy No: 22−12784−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 20, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge, United States Bankruptcy Court

34
Form 155